**Bartholomew ROBINSON, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 02–6525.

United States Court of Appeals, Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Bartholomew Robinson, Appellant Pro Se. Richard Bain Smith, Assistant Attorney General, Thomas Drummond Bagwell, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Bartholomew Robinson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Robinson v. Angelone,* No. CA–01–701–2 (E.D.Va. Mar. 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*